McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATTY TANG, | No. 08-CV-F-28 AWI GSA |
| Plaintiff, | JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME |
| v. | |
| Michael Chertoff, Secretary of Homeland Security, et al. | |
| Defendants. | |

    This is an immigration case in which plaintiff has filed to challenge U.S. Citizenship and Immigration Services' (CIS) failure to timely adjudicate her application to adjust status to that of lawful permanent resident. The parties are currently endeavoring to reach a resolution at the administrative level. Toward that end, the parties stipulate to a 30-day extension of time for the filing of the government's answer.

    The parties stipulate that the time for filing the government's answer be extended to April 4, 2008.


Dated: February 26, 2008

                                            McGREGOR W. SCOTT
                                            United States Attorney


                        By:    /s/Audrey Hemesath
                             Audrey B. Hemesath
                             Assistant U.S. Attorney
                             Attorneys for the Defendants

1
2

By:    /s/ Justin X. Wang
       Justin X. Wang
       Attorney for the Plaintiff

3
4
5

ORDER

6
7

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on April 4, 2008.

8
9
10
11
12
13

IT IS SO ORDERED.

Dated: **February 27, 2008**         **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28